D. Gill Sperlein (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff Celestial, Inc.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| CELESTIAL, INC, <br><br> Plaintiff, <br><br> vs. <br><br> SWARM SHARING HASH 8AB508AB0F9EF8B4CDB14C6248F3C96C65BEB882 ON **DECEMBER 15, 2011** and DOES 1 and 2, <br><br> Defendants. | **CASE NO.: C-12-194 DDP (SSx)** <br><br> **DECLARATION OF TOBIAS FIESER IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE DIMISSED FOR LACK OF PERSONAL JURISDICTION** |

I, Tobias Fieser, declare:

   1.   The facts that I state herein are within my personal knowledge, I know the same to be true, and if called upon to testify I could and would.

2. I am the Director of Data Services for IPP International UG (IPP), the company engaged by Plaintiff Celestial, Inc. to detect and record information regarding the copying and distribution of its movies through bit torrent networks as described in more detail in my declaration supporting Celestial's Motion for Leave to Take Discovery Prior to Rule 26 Conference.

3. The geological location of an IP address can be requested at the American Registry for Internet Numbers (www.ARIN.net). This is the central and official institute holding information about all American IP address ranges.

4. There are also various software products that can incorporate the look up data into the work flow of documenting infringement. IPP uses a product called Maxmind.

5. IP address geolocation data can include information such as country, region, city, postal/zip code, latitude, longitude, Internet Service Provider and timezone. While generally reliable, the broader the area, the more likely the information is to be correct.

6. The website http://whatismyipaddress.com/geolocation-accuracy states the following about the accuracy of geolocating tools and we generally concur:

> "Determining the nation of an Internet user based on his or her IP address is relatively simple and accurate (95%-99% percent) because a country name is required information when an IP range is allocated and IP registrars supply that information for free.

> Determining the physical location down to a city or ZIP code, however, is more difficult and less accurate because there is no official source for the information, users sometimes share IP addresses and Internet service providers often base IP addresses in a city where the company is basing operations.
>
> Accuracy rates on deriving a city from an IP address fluctuate between 50 and 80 percent, according to DNS Stuff, a Massachusetts-based DNS and networking tools firm.
>
> Even when not accurate, though, geolocation can place users in a bordering or nearby city, which may be good enough for the entity seeking the information. This happens because a common method for geolocating a device is referencing its IP address against similar IP addresses with already known locations."

7. IPP is able to sort all IPs captured by state to be able to only use the data belonging to a state requested and believe that in the majority of cases our geolocation tools will accurately reflect the state in which an IP address may be found.

8. When we queried the IP addresses at issue in this matter, the result indicated that the IP addresses were located in California.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: 27th March 2012

_____
TOBIAS FIESER
IPP International UG

-3-

DECLARATION OF TOBIAS FIESER